# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**JAMES ARCHIBALD ET AL**                    **CASE NO.  3:23-CV-00824**

**VERSUS**                                   **JUDGE TERRY A. DOUGHTY**

**GARY GILLEY ET AL**                        **MAG. JUDGE KAYLA D. MCCLUSKY**

## <u>JUDGMENT</u>

Considering the foregoing Motion of Partial Dismissal [Doc. No. 5] filed by Plaintiffs,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**.

Plaintiffs' claims against Defendant Advanced Correctional Healthcare, Inc., are hereby

**DISMISSED WITHOUT PREJUDICE**, at Plaintiffs' cost, and with Plaintiffs reserving all

rights against the remaining Defendants.

MONROE, LOUISIANA, this 23rd day of June, 2023.

_____
Terry A. Doughty
United States District Judge