UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMES ARCHIBALD AND TAMMIE ARCHIBALD** | **CIVIL ACTION NO. 3:23-00824** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GARY GILLEY, ET AL.** | **MAGISTRATE JUDGE MCCLUSKY** |

## JUDGMENT

Considering the foregoing Joint Motion to Dismiss Federal Claims and Remand to State Court [Doc. No. 8] filed by the parties in this case,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Plaintiffs' claims under the Eighth and Fourteenth Amendments to the United States Constitution brought pursuant to 42 U.S.C. § 1983 and for deliberate indifference are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this matter is hereby **REMANDED** to the 5th Judicial District Court, Parish of Richland, State of Louisiana, for subsequent proceedings concerning Plaintiffs' remaining state-law claims.

MONROE, LOUISIANA, this 11th day of July, 2023.

_____
Terry A. Doughty
United States District Judge